TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00404-CV

Manuel Eugene Soza, Sr., Appellant

v.

Anna Maria Soza, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 98-10397, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the reporter's record on September 16, 1999, and the
clerk's record in this cause on September 30, 1999. Accordingly, appellant's brief was due on
November 1, 1999. 

 By letter dated November 18, 1999, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
November 29, 1999, or tendered a motion for extension of time reasonably explaining the failure
to do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to
file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: January 21, 2000

Do Not Publish